**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MICHAEL BLANTON,

Plaintiff,

v. Case No. 3:24-cv-922-TJC-MCR

CSX TRANSPORTATION, INC.,

Defendant.

---

**SECOND AMENDED**
**CASE MANAGEMENT AND SCHEDULING ORDER**

The Court having previously granted the parties' motion for extension of deadlines and vacated existing deadlines (Doc. 36), and the mediator having now reported that the parties impassed at mediation (Doc. 37), it is hereby

**ORDERED:**

1. The following deadlines and settings apply:

| | |
|---|---|
| Dispositive and Daubert Motions Deadline:[1] (Responses due 21 days after service unless otherwise ordered; summary judgment replies (limited to 7 pages) permitted 14 days after service of a response) | **August 14, 2026** |
| Deadline for filing joint final pretrial statement and all other motions including any motions in limine: | **January 14, 2027** |

[1] The parties are permitted to delay the disclosure of damages experts until after any dispositive motions are decided. However, any late-filed Daubert motions could result in a delay of the trial.

| | |
|---|---|
| Final Pretrial Conference: | **January 21, 2027**<br>**10:00 a.m.** |
| Trial Term Begins (Jury- 3 day): | **February 1, 2027**<br>**9:00 a.m.** |

2. In all other respects, the parties shall continue to be governed by the terms of the Court's August 19, 2025, Case Management and Scheduling Order (Doc. 26).

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of July, 2026.

**TIMOTHY J. CORRIGAN**
United States District Judge

By: /s/ Susanne Weisman
Deputy Clerk

s.
Copies to:
Counsel of Record